# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Action No. 12-cv-00070-LTB-BNB

NANCY L. QUINES,

      Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR TERWIN MORTGAGE TRUST 2005-18ALT,
ASSET BACKED CERTIFICATES, SERIES 2005-18ALT,

      Defendant.

___

**ORDER**
___

THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion to Dismiss With Prejudice (Doc 19 - filed June 15, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

      s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED: June 18, 2012